**FILED**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

MAY 0 1 2012

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRYAN KEITH EGRESS,<br><br>                    Defendant. | Criminal No. 1:12cr27<br><br>Violations:    18 USC 922(g)(1)<br>                    18 USC 924(a)(2) |

## INDICTMENT

The Federal Grand Jury charges that:

### COUNT ONE

(Felon in Possession of a Firearm)

On or about March 7, 2012, in Harrison County, within the Northern District of West Virginia, defendant, **BRYAN KEITH EGRESS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year; that is to say, on or about May 8, 2007, defendant, **BRYAN KEITH EGRESS**, was convicted in the Circuit Court of Marion County, West Virginia, in case no. 06-F-155 of Sexual Assault in the Third Degree, did knowingly possess in and affecting interstate commerce, a firearm, that is: a Walther pistol, model P-22, .22 caliber, Serial Number L108998; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A true bill,

/s/
Foreperson
(Signature of File)

/s/
William J. Ihlenfeld, II
United States Attorney